Joshua B. Swigart, Esq. (*pro hac vice*)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (*pro hac vice*)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (*pro hac vice*)
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**ATTORNEYS FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VIKEN H. KARAYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP. AND GAMESTOP, INC.,<br><br>Defendants. | Civil Action No. 3:12-cv-01555-P |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Viken H. Karayan hereby voluntarily dismisses this action with prejudice. As no party has served "either an answer or a motion for summary judgment," no court order is necessary to effect this dismissal. Fed. R. Civ. P. 41(a)(1)(i).

Dated: February 6, 2013

/s/ Abbas Kazerounian
Abbas Kazerounian, Esq.
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Attorneys for Plaintiff Viken H. Karayan