IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIKEN H. KARAYAN, Individually and, On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:12-CV-1555-P |
| GAMESTOP CORP., et al., | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiffs' Notice of Voluntary Dismissal with Prejudice, this case is DISMISSED against Defendants WITH PREJUDICE.

**SO ORDERED** this 12th day of February, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL  - SOLO PAGE**